REX D. GARNER
rgarner@foxrothschild.com
FOX ROTHSCHILD LLP
One Summerlin
1980 Festival Plaza Dr.
Suite 700
Las Vegas, Nevada 89135
Telephone:    702.262.6899
Facsimile:    702.597.5503

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SHAHBAZ SHAHABI, an individual,<br><br>Plaintiff,<br><br>v.<br><br>SHAHIN SHAHABI, an individual, AN LANH CANH NGUYEN a/k/a ANNA SHAHABI, an individual, 4312 THUNDER TWICE LLC, a Nevada limited liability company, YOUNTVILLE WINE CO. LLC, a Nevada limited liability company, SMITH-ANDERSON ENTERPRISES, INC., a California corporation, DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:26-cv-00393-APG-BNW<br><br>**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO ANSWER, MOVE, OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(FIRST REQUEST)** |

Defendants Shahin Shahabi, Anna Shahabi, 4312 Thunder Twice LLC, Yountville Wine Co. LLC, and Smith-Anderson Enterprises, Inc. (collectively, "Defendants") and Plaintiff Shahbaz Shahabi ("Plaintiff") (collectively, the "Parties"), hereby stipulate and agree to the following:

WHEREAS, Plaintiff filed his Complaint in the Eighth Judicial District Court on January 12, 2026 in the Eighth Judicial District Court for Clark County, Nevada, case no. A-26-936987-C (the "State Court Action").

WHEREAS, Defendants removed the State Court Action to this Court on February 13, 2026.

- 1 -

182376116.1

WHEREAS, the parties have conferred and agreed that Defendants shall have until March 12, 2026 to answer, move, or otherwise respond to the Complaint.

WHEREAS, this is the first Stipulation for Extension filed in the above-captioned action or the State Court Action.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties that the deadline for Defendants to move, answer or otherwise respond to the Complaint is up to and through March 12, 2026.

Respectfully submitted,

*/s/ Bryce K. Kunimoto*
Bryce K. Kunimoto
bkunimoto@hollandhart.com
Caitlan J. Bohn
cjbohn@hollandhart.com
Holland & Hart LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134

*Attorneys for Plaintiff*

Respectfully submitted,

*/s/ Rex D. Garner*
Rex D. Garner (Nevada Bar # 9401)
FOX ROTHSCHILD LLP
One Summerlin
1980 Festival Plaza Dr., Suite 700
Las Vegas, Nevada 89135

*Attorneys for Defendants*

## **ORDER**

IT IS SO ORDERED that the deadline for Defendants to move, answer or otherwise respond to the Complaint is up to and through March 12, 2026.

DATED: _____

_____
UNITED STATES JUDGE

- 2 -

182376116.1