**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SHAHBAZ SHAHABI, | Case No.: 2:26-cv-00393-APG-BNW |
| Plaintiff | **Order Striking Certificate of Interested Parties** |
| v. | |
| SHAHIN SHAHABI, et al., | |
| Defendants | |

I ORDER that the defendants' certificate of interested parties (ECF No. 3) is STRICKEN for failure to comply with Federal Rule of Civil Procedure 7.1(a)(2). The certificate does not identify the citizenship of each defendant as required by that rule.

I FURTHER ORDER these parties to file a proper certificate of interested parties by March 9, 2026.

DATED this 23rd day of February, 2026.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE